IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| TAMMIE ANDERSON, | : |
| Plaintiff, | : |
| v. | : CASE No.: 1:13-CV-70 (WLS) |
| CAROLYN COLVIN,<br>*Acting Commissioner of Social Security,* | : |
| Defendant. | : |

### ORDER

Before the Court is a Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed April 29, 2014. (Doc. 12.) It is recommended that the Social Security Commissioner's final decision be reversed and remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) for a full consideration of all medical opinions in the record and an evaluation of Plaintiff's credibility, thereafter. (Doc. 12 at 7.) Judge Langstaff also recommended that, on remand, the ALJ be required to include all of Plaintiff's limitations in setting forth hypotheticals to any Vocational Expert. (*Id.*) No objections were filed within the fourteen-day period provided pursuant to 28 U.S.C. § 636(b)(1). The objection period expired on May 16, 2014.[1] (*See* Doc. 12 at 7; Docket).

Upon full review and consideration upon the record, the Court finds that said Recommendation (Doc. 12) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, pursuant to 42 U.S.C. § 405(g), the Court **REVERSES** and **REMANDS** the Commissioner's final decision for additional findings consistent with this Order.

**SO ORDERED**, this  19th  day of June 2014.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**

---

[1] Fed. R. Civ. P. 6(d).

1